UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

Asher Bronstin

v.

United Debt Settlement, LLC

-------------------------------------------------------X

1:26-cv-06697-AS
_____

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel

_____

_____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and

the Certificate(s) of Good Standing annexed thereto, I __Andrew Roman Perrong__ will move this

Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York for an order allowing the admission of movant, a

member of the firm of __Perrong Law LLC__ and a member in good standing of

the bar(s) of the State(s) of __Pennsylvania, Oregon__, as attorney *pro hac*

*vice* to argue or try this case in whole or in part as counsel for

__Plaintiff, Asher Bronstin__. There are no pending disciplinary

proceedings against me in any state or federal court. (If there are any disciplinary proceedings,

describe them.)

Respectfully submitted,

Dated: __08/09/2026__

Signature of Movant
Firm Name __Perrong Law LLC__
Address __1669 Edgewood Road, Suite 218__
__Yardley, PA 19067__
Email __a@perronglaw.com__
Phone __215-225-5529__