**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------

Asher Bronstin

                    Plaintiff(s),

         v.

United Debt Settlement, LLC

                    Defendant(s).

-----------------------------------------------------------

1:26-cv-06697-AS

**AFFIDAVIT IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

I, Andrew Roman Perrong_____, being duly sworn, hereby depose and say as follows:

1.  I am a(n) _Partner_____ with the law firm of _Perrong Law LLC_____.
2.  I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3.  As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Pennsylvania, Oregon_____.
4.  There are no pending disciplinary proceedings against me in any state or federal court True
5.  I _Have not_____ been convicted of a felony. If you have, please describe facts and circumstances.

6.  I _Have not_____ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7.  Attorney Registration Number(s) if applicable: 333687, 243320_____
8.  Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case _1:26-cv-06697-AS_ for _Plaintiff Asher Bronstin_____.

Date_ 8/11/2026_____
_Yardley_____, PA

_____
Signature of Movant
Firm Name_Perrong Law LLC_____
Address_1669 Edgewood Road Suite 218_____
Yardley PA 19067

Email_a@perronglaw.com_____
Phone_2152255529_____

**NOTARIZED**

State of_ PA____ County of_ Bucks___
Subscribed and sworn before me on_08/11/2026___
_____ (Date)
(Notary Signature)

Commonwealth of Pennsylvania - Notary Seal
JEREMIAH T LETHERLAND - Notary Public
Bucks County
My Commission Expires March 27, 2030
Commission Number 1094982