UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Asher Bronstin                    Plaintiff,

                -against-

United Debt Settlement, LLC
                        Defendant.

_____

1:26 cv 06697        ( AS    )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of ___Andrew Roman Perrong_____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

Pennsylvania, Oregon
_____; and that his/her contact information is as follows

(please print):

Applicant's Name: ___Andrew Roman Perrong_____

Firm Name: ___Perrong Law LLC_____

Address: ___1669 Edgewood Road, Suite 218_____

City / State / Zip: ___Yardley, PA 19067_____

Telephone / Fax: ___215-225-5529 / 888-329-0305_____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

Asher Bronstin
_____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated:_____                    _____

                                           United States District / Magistrate Judge