UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Asher Bronstin                    Plaintiff,

    -against-

United Debt Settlement, LLC
                   Defendant.

1:26 cv 06697_____ ( AS  )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Andrew Roman Perrong , for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

Pennsylvania, Oregon ; and that his/her contact information is as follows

(please print):

Applicant's Name: Andrew Roman Perrong

Firm Name: Perrong Law LLC

Address: 1669 Edgewood Road, Suite 218

City / State / Zip: Yardley, PA 19067

Telephone / Fax: 215-225-5529 / 888-329-0305

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

Asher Bronstin in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated: August 12, 2026

_____
United States District / Magistrate Judge