**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ASHER BRONSTIN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

UNITED DEBT SETTLEMENT, LLC,

Defendant.

Case No. 1:26-cv-06697 (AS)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Denis Vorontsov, Esq., of the Vorontsov Law Firm, PLLC, an attorney duly admitted to practice before this Court, hereby appears as counsel of record for defendant United Debt Settlement, LLC in the above-captioned action, and requests that copies of all papers, notices, and communications in this action be served upon the undersigned at the address below and through the Court's ECF system.

This appearance is made without waiver of, and with full reservation of, all of defendant's defenses, including without limitation any defense based on insufficient process or insufficient service of process. The undersigned is not authorized to accept, and does not accept, service of the summons and complaint on defendant's behalf.

Dated: Brooklyn, New York
September 11, 2026

Respectfully submitted,

**VORONTSOV LAW FIRM, PLLC**

By: */s/ Denis Vorontsov*
Denis Vorontsov, Esq.
1599 East 15th Street, Suite 4
Brooklyn, New York 11230
Tel.: (212) 295-5838
Fax: (212) 295-5839
Email: dv@vlf.law

Attorneys for Defendant
United Debt Settlement, LLC