**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ASHER BRONSTIN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

UNITED DEBT SETTLEMENT, LLC,

Defendant.

Case No. 1:26-cv-06697 (AS)

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Asher Bronstin and defendant United Debt Settlement, LLC, subject to the approval of the Court, as follows:

1. Defendant's time to answer, move, or otherwise respond to the Complaint (ECF No. 1) is extended by forty-five (45) days, to and including October 26, 2026.

2. This is the first request for an extension of this deadline. No other scheduled dates are affected by this stipulation. The initial pretrial conference remains scheduled for November 12, 2026 at 2:00 PM.

3. Nothing in this stipulation waives any claim, defense, or objection of either party, all of which are expressly reserved.

4. This stipulation may be executed in counterparts, and signatures transmitted electronically or by facsimile shall be deemed originals.

Dated: September 14, 2026

**PERRONG LAW LLC**

By: */s/ Andrew Roman Perrong*
**Andrew Roman Perrong, Esq.**
1669 Edgewood Road, Suite 218
Yardley, PA 19067
(215) 225-5529
a@perronglaw.com
*Attorney for Plaintiff*

**VORONTSOV LAW FIRM, PLLC**

By: */s/Denis Vorontsov*
**Denis Vorontsov, Esq.**
1599 East 15th Street, Suite 4 Brooklyn, NY 11230
(212) 295-5838
dv@vlf.law
*Attorney for Defendant*

**SO ORDERED**:

Dated: New York, New York
September ___, 2026

______________________________
**Hon. Arun Subramanian**
United States District Judge