# Vorontsov Law Firm, PLLC.

**Vorontsov Law Firm, PLLC.**
1599 East 15th Street, Suite 4
Brooklyn, NY 11230
T. 212.295.5838 F. 212.295.5839 E. dv@vlf.law

Denis Vorontsov, Esq.
Admitted Attorney in NY, NJ, E.D.N.Y & S.D.N.Y.

The request for an extension is GRANTED. Defendant's response to the Complaint is due on October 26, 2026. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 9.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 15, 2026

September 14, 2026

**VIA ECF**

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***Bronstin v. United Debt Settlement, LLC*, No. 1:26-cv-06697 (AS)**
**Letter-Motion for Extension of Time to Respond to the Complaint (on consent)**

Dear Judge Subramanian:

I represent defendant United Debt Settlement, LLC. Pursuant to Your Honor's Individual Practices in Civil Cases, I write to request, on consent, a 45-day extension of defendant's time to answer, move, or otherwise respond to the Complaint (ECF No. 1), to and including October 26, 2026, nunc pro tunc. The stipulation executed by both parties is attached as Exhibit A.

The original deadline was September 11, 2026. This is the first request for an extension of this deadline; no prior request has been made or ruled upon. Plaintiff's counsel, Andrew R. Perrong, consents and has signed the attached stipulation.

I was retained on September 11, 2026 and filed a notice of appearance the same day. The extension is needed so that I can review the pleadings and the client's records and prepare a response. Because the stipulation could not be finalized with plaintiff's counsel before the deadline passed, I respectfully ask that the extension be granted under Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure.

The initial pretrial conference is scheduled for November 12, 2026 at 2:00 PM. No other deadlines are affected by this request.

Respectfully submitted,

*/s/ Denis Vorontsov*
Denis Vorontsov, Esq.
Vorontsov Law Firm, PLLC
Attorney for Defendant

Encl. Exhibit A (Stipulation)
cc: Andrew R. Perrong, Esq., counsel for plaintiff (via ECF)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED DEBT SETTLEMENT, LLC,<br><br>Defendant. | Case No. 1:26-cv-06697 (AS)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Asher Bronstin and defendant United Debt Settlement, LLC, subject to the approval of the Court, as follows:

1. Defendant's time to answer, move, or otherwise respond to the Complaint (ECF No. 1) is extended by forty-five (45) days, to and including October 26, 2026.
2. This is the first request for an extension of this deadline. No other scheduled dates are affected by this stipulation. The initial pretrial conference remains scheduled for November 12, 2026 at 2:00 PM.
3. Nothing in this stipulation waives any claim, defense, or objection of either party, all of which are expressly reserved.
4. This stipulation may be executed in counterparts, and signatures transmitted electronically or by facsimile shall be deemed originals.

Dated: September 14, 2026

**PERRONG LAW LLC**

By: */s/ Andrew Roman Perrong*
**Andrew Roman Perrong, Esq.**
1669 Edgewood Road, Suite 218
Yardley, PA 19067
(215) 225-5529
a@perronglaw.com
*Attorney for Plaintiff*

**VORONTSOV LAW FIRM, PLLC**

By: */s/Denis Vorontsov*
**Denis Vorontsov, Esq.**
1599 East 15th Street, Suite 4 Brooklyn, NY 11230
(212) 295-5838
dv@vlf.law
*Attorney for Defendant*

**SO ORDERED**:

Dated: New York, New York
September ___, 2026

______________________________
**Hon. Arun Subramanian**
United States District Judge