**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ASHER BRONSTIN, individually and on behalf of all others similarly situated,

*Plaintiff,*

v.

UNITED DEBT SETTLEMENT, LLC,

*Defendant.*

Case No. 1:26-cv-06697 (AS)

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable the judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant United Debt Settlement, LLC ("UDS"), a private non-governmental party, certifies as follows:

1. UDS has no parent corporation, no publicly held corporation owns 10% or more of its membership interests, and UDS has no publicly held corporate affiliates or subsidiaries.

2. This Court's jurisdiction is based on federal question under 28 U.S.C. § 1331, not diversity of citizenship under 28 U.S.C. § 1332(a). The citizenship disclosure required by Federal Rule of Civil Procedure 7.1(a)(2) therefore does not apply.

3. UDS will file a supplemental statement within 14 days of any change in the information stated above, as Federal Rule of Civil Procedure 7.1(b)(2) and Local Civil Rule 7.1.1 require.

Dated: Brooklyn, New York
October 26, 2026

*By: /s/ Denis Vorontsov, Esq.*

DENIS VORONTSOV, ESQ.
Lead Trial Counsel
VORONTSOV LAW FIRM PLLC
1599 E 15th St, Ste 4
Brooklyn, NY 11230
Tel. (212) 295-5838
Email: dv@vlf.law
*Attorney for Defendant*
*United Debt Settlement, LLC*

TO: All Counsel of Record via CM/ECF