P. PERRONG LAW LLC

1669 Edgewood Road, Suite 218
Yardley, PA 19038

a@perronglaw.com
www.perronglaw.com

Tel. (215) 225-5529 (CALL-LAW)
Fax (888) 329-0305

November 16, 2026

*VIA ECF*

The Honorable Arun Subramanian
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Bronstin v. United Debt Settlement, LLC*, No. 1:26-cv-06697 (AS)

Dear Judge Subramanian:

Pursuant to the Court's Minute Order of November 6, 2025 (ECF No. 14), Plaintiff Asher Bronstin ("Plaintiff") and Defendant United Debt Settlement, LLC ("UDS") jointly submit this letter motion setting forth a revised Civil Case Management Plan, attached herein as Exhibit A.

The Parties respectfully request that the Court grant this letter motion and enter the revised Plan.

The Parties apologize to the Court for the delay in submission, as the recent Microsoft outage impacted them.

Respectfully submitted,

Andrew R. Perrong, Esq.
Counsel for Plaintiff

/s/ Denis Vorontsov
Denis Vorontsov, Esq.
Counsel for Defendant